

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00523-CV

GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY JUDGE, FRANK POKLUDA, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT TWO COMMISSIONER, AND STAN KITZMAN, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT FOUR COMMISSIONER, Appellants

V.

CITY OF HEMPSTEAD, TEXAS, CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD, PINTAIL LANDFILL, LLC, AND WALLER COUNTY, TEXAS, Appellees

Appeal from the 506th District Court of Waller County (Tr. Ct. No. 13-03-21872)

After due consideration, the Court **grants** the motions to dismiss this appeal filed by appellees City of Hempstead, Citizens Against the Landfill in Hempstead, and Waller County, Texas. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered June 23, 2016.

Judgment rendered by panel consisting of Justices Jennings, Massengale, and Huddle. Opinion delivered by Justice Massengale. Justice Jennings, dissenting.